**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

---

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 26, 2008

CASE NUMBER: **CV 07-05201 MJJ**
CASE TITLE: **JONATHAN LEE RICHES-v- ANDERS**
DATE MANDATE FILED: 2/25/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Distribution: CIVIL      -    Counsel of Record

CRIMINAL  -    Counsel of Record
               U.S. Marshal (Copy of Mandate)
               U.S. Probation Office

NDC App-16